UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TREVIONE FLEMING | CIVIL ACTION |
| VERSUS | NO. 3:19-cv-00611 |
| EVEREST NATIONAL INSURANCE COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, THRIFTY RENT-A-CAR SYSTEM, LLC OF OKLAHOMA, ELEVATION FINANCIAL GROUP, LLC, AND CECILIA LOCKETT | JUDGE BRIAN A. JACKSON<br>MAGISTRATE RICHARD L. BOURGEOIS, JR. |

# AMENDMENT TO NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE U. S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA:

NOW INTO COURT, through undersigned counsel, come defendants, Elevation Financial Group, LLC and Everest National Insurance Company, who respectfully file this amendment to the Notice of Removal PURSUANT to the Order of the Court [Rec. Doc 5] to provide the citizenship and domicile of all defendants for purposes of demonstrating the basis for diversity jurisdiction by amending and/or supplementing Paragraphs 2 through 6 of the original Notice of Removal [Rec. Doc. 1] on information and belief, based on diligent inquiry, as follows:

2.

Defendant, Everest National Insurance Company, is a foreign/out-of-state insurer and a Delaware corporation with its principal place of business in Liberty Corner, New Jersey.

3.

Defendant, Property and Casualty Insurance Company of Hartford (incorrectly sued as Hartford Casualty Insurance Company) is a foreign/out-of-state insurer domiciled and with its principal place of business in Indianapolis, Indiana.

4.

Defendant, Thrifty Rent-A-Car System, LLC is an Oklahoma, LLC with its principal place of business in Estero, Florida. Its sole member, Thrifty Rent-A-Car System, LLC, is an Oklahoma, LLC with its principal place of business in Estero, Florida. The sole member of Thrifty, LLC is Dollar Thrifty Automotive Group, Inc., a Delaware corporation with its principal place of business in Estero, Florida.

5.

Defendant, Elevation Financial Group, LLC, is a Florida limited liability company, whose members are King Family Global Enterprises, LLC, a Florida limited liability company; Crown Creative, LLC, a Florida limited liability company; Morg Personal Holdings, LLC, a Nevada limited liability company; Ammalara Enterprises, LLC, a Florida limited liability company; and Stuart Heaton, a resident and domiciliary of Seminole County, Florida. The members of King Family Global Enterprises, LLC are residents and domiciliaries of Orange County, Florida. The members of Crown Creative, LLC are residents and domiciliaries of Fulton County, Georgia. The sole member of Morg Personal Holdings, LLC is a resident and domiciliary of Orange County, Florida. The members of Ammalara Enterprises, LLC are residents and domiciliaries of Orange County, Florida.

6.

Cecilia Lockett is a person of the full age of majority and a resident and domicled in Lake County, State of Florida.

WHEREFORE, defendants, Elevation Financial Group, LLC and Everest National Insurance Company, pray that this Amendment to the Notice of Removal be deemed good and sufficient and that the Court recognize and exercise its jurisdiction over this matter and that the civil action instituted by plaintiff, Trevione Fleming, in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, entitled *Trevione Fleming v. Everest National Insurance Company, Hartford Casualty Insurance Company, Thrifty Rent-A-Car System, LLC of Oklahoma. Elevation Financial Group, LLC and Cecilia Lockett*, Docket No. 696669, be removed to this Court for further proceedings.

Respectfully submitted:

**s/Daniel J. Hoerner**
ANDRÉ J. MOULEDOUX (Bar #9887)
DANIEL J. HOERNER (Bar #21706)
TREVOR M. CUTAIAR (Bar #33082)
MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone: 504-595-3000
E-Mail: dhoerner@mblb.com
Attorneys for Defendants, Elevation Financial Group, LLC and Everest National Insurance Company
Amended Notice Removal.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None

**s/Daniel J. Hoerner**